UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| W. ROBERT EISSLER & ASSOCIATES, INC., § § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. H-06-1525 |
| UNITED STATES OF AMERICA, § § § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for a continuance of the initial scheduling conference currently scheduled for August 4, 2006. Plaintiff points out that Defendant has not yet been served with process and thus is not yet obliged to appear or answer. Accordingly, the scheduling conference is **CONTINUED** to December 1, 2006 at 9:30 a.m.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 2nd day of August, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.